HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
SYLVIA SIMONSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-mj-007 DMC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| SYLVIA SIMONSEN, | Date: July 19, 2019 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Carolyn K. Delaney |

Plaintiff, United States of America, by and through Assistant United States Attorney James Conolly and Defendant Sylvia Simonsen, through her attorney Noa E. Oren, Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for July 19, 2019 to September 12, 2019, at 2:00 p.m.

The parties agree that the time beginning July 19, 2019 extending through September 12, 2019, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until September 12, 2019. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular,

Stipulation and Order to Continue Preliminary
Hearing and Exclusion of Time

-1-

the time is required so that the parties can conduct investigation and review discovery. Ms. Simonsen consents to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 9, 2019 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for SYLVIA SIMONSEN |
| Dated: July 9, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ James Conolly*<br>JAMES CONOLLY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to September 12, 2019, at 2:00 p.m.

2. The time between July 19, 2019, and September 12, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE