FILED
December 9, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>SYLVIA CLARA SIMONSEN,<br><br>    Defendant. | Case No. 3:19MJ00007-DMC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SYLVIA CLARA SIMONSEN__, Case No. __3:19MJ00007-DMC__, Charge __18USC 1201__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __Decmber 9, 2019__ at __2:00 pm__.

                                              By   /s/ Allison Claire
                                                     Allison Claire
                                                     United States Magistrate Judge

Copy 2 - Court